# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

July 14, 2006

131236 & (72)

WESTPORT INSURANCE COMPANY,

      Plaintiff-Appellant,

v

TONY KASSEM, f/k/a HASSAN KASSEM,
NADIM HASSAN, and DODSON GROUP,

      Defendants-Appellees.
_____

SC:   131236
CoA:  258355
Wayne CC: 03-337078-CK

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2006

_____
Clerk